# EXHIBIT A

coins.com

All | News | Images | Maps | Videos | More | Settings | Tools

About 468,000,000 results (0.48 seconds)

### Coinappraiser.com | Find Values And Sell Your Rare Old Coins
coinappraiser.com/

Our **coins** price guide has values for old & rare United States **coins**. We actively buy and sell **coins**. Contact us to find out what your **coin** is worth today.

Silver Dollars · Small Cents · When To Consider A Coin ...

### coins.com. Digital currency for all.
coins.com/

Get involved in building the **coins.com** network. For all strategic partnership inquiries email info@**coins.com**.

### Silver Coins - How to Buy, Sell, Hide, and Store
www.silvercoins.com/

Discover all about silver **coins**, bars, & bullion. How to buy, sell, trade, barter, store, hide your silver, and spot fakes! Go ahead peek inside ...

### Rare Coins
https://rarecoins.com/

Shop Rare **Coins** the rare **coin** specialists in unique rare gold **coins**, rare silver **coins**, and rare ancient **coins** to buy and sell. Our staff is devoted to providing our ...



**Free Coin Appraisal**
coins.com

Contact us with an image of your coin or collection, and we will tell you the value!



# [ COINS ]

## A COMPLETE VALUE GUIDE

# Rare Coin Learning Center – Learn About Your Collection!

Our goal at coins.com is to educate you on the history and the value of your coin collection. We are built to help historians with their research, as well as help new collectors price their coins. We have created the Rare Coin Learning Center so that you can get more information about coins that you may be interested in. Please feel free to explore all of the articles and submit any interests that you may have for new articles. As always, any value related questions can be emailed directly to **Info@Coinappraiser.com** or you can directly contact one of our **coin experts**.

Most of the coins and stories that are featured on this page come from our Coinappraiser.com expert, **Dave Bowers**. Mr. Bowers has been in the numismatic field for longer than some of us can remember. Over that time, he has developed a sense and understanding of the rare coin market. And what a stroke of luck, his writings are here for you to read and explore. So, take some time to learn from the master, and soak up the knowledge that he brings with him.







Name

Phone

Email

Message

Upload a JPEGs or PDFs

Drop files here or

Select files

Submit



My Collection



**RICHARD PONTERIO**

Richard, with 45 years of experience, handles ancient and world coins as well







**RICHARD PONTERIO** | *Minnesota, Santa Ana, CA; New York, NY; Hong Kong; Paris, France* | *info@coinappraiser.com* | *World Coins; Ancient Coins; World Paper Money*

**Career Achievements & Qualifications:** I have been in the coin business 45 years and have served of the board of directors of PNG and the executive committee of the IAPN. I have also been a consultant to PCGS, NGC, and ANACS. I have cataloged and conducted more than 150 coin and paper money auctions.

**Personal:** I grew up in rural Minnesota. My father was a country doctor and my mother was a substitute high school teacher. I grew up enjoying hunting and fishing, which I still enjoy to this day. My uncle Frank got me started collecting coins when I was about 10 years old, I furthered my coin collection by searching my paper route collection money. I found my 1916-D dime in my paper route money as well as several other key date coins. My wife and I have been married 45 years: 5 natural children, 2 foster children and 7 grandchildren. I also spent 10 years in the US Navy and served 2 tours in Vietnam.

## LOCATE AN EXPERT NEAR YOU

What is your zip code?

90210

**SUBMIT**

My Collection

### Free Coin Appraisal
coins.com

Contact us with an image of your coin or collection, and we will tell you the value!

## INFO@COINAPPRAISER.COM | CALL 917-692-3830 OR TEXT 929-265-7332

First Name*   Last Name*

Email*   Confirm Email*

Message*

### HOW TO CONTACT RICHARD PONTERIO

**Via Phone:** To contact Richard Ponterio, please call 917-692-3830. Please know that it is hard for us to help you without seeing an image of what you have. Please only call Richard if you have sent a picture previously.

**Via Text:** To contact Richard Ponterio, please send your message to 929-265-7332. Please send a clear image of the front and back of the coin you would like appraised so that Richard can see the condition of the coin.

**Via Email:** To contact Richard Ponterio, please email

Upload Image(s)





### WAYNE BERKLEY | Florida & Maryland | info@coinappraiser.com | US Type Coins

**Career Achievements & Qualifications:** ANA Gold Member, Michigan State Numismatic Society Member, Florida United Numismatist Member, PCGS Grading Class Certification, Auctioneer for more than $15,000,000 in US and World Coins since 2013. I have handled more than $5,000,000 in consignments of US Coins and Currency. Managed the US and HK Auction Staff for Teletrade Auctions and Stack's Bowers Galleries. As a former major bank Manager, I learned how customer service and organization can really improve a client's overall experience with our firm.

**Personal:** I grew up in a small town in Southern Maryland in a blue collar family. When I was a teenager I moved to Florida. While there, I completed my college career at Florida State University with degrees in Economics, Business, and Biology. I am the biggest football fan you will find, and root for the Tampa Bay Buccaneers/ Florida State Seminoles. I spend most of my time outdoors near my home in Newport Beach, CA paddle boarding, biking, and swimming. My biggest passion is travel, with 25 countries stamped so far. I shoot for 5 countries a year.

## LOCATE AN EXPERT NEAR YOU

What is your zip code?

90210

**SUBMIT**



**Free Coin Appraisal**
coins.com

Contact us with an image of your coin or collection, and we will tell you the value!

## INFO@COINAPPRAISER.COM | CALL 917-692-3830 OR TEXT 929-265-7332

First Name*   Last Name*

Email*   Confirm Email*

Message*

### HOW TO CONTACT WAYNE BERKLEY

**Via Phone:** To contact Wayne Berkley, please call 917-692-3830. Please know that it is hard for us to help you without seeing an image of what you have. Please only call Wayne if you have sent a picture previously.

**Via Text:** To contact Wayne Berkley, please send your



**SCOTT REITER** | Northridge, CA | info@coinappraiser.com | U.S Patterns, Walking Liberty Halves, Morgan and Peace Dollars.

**Career Achievements & Qualifications:** I have been involved in numismatics professionally since 1978 when I opened a coin store during my sophomore year at California State University Northridge (CSUN). Besides enjoying the opportunity to cater to collectors in the Los Angeles area who had the same passion for coins that I did (and thanks to a close knit family assisting me in the store) I was able to travel throughout the U.S. attending major and much smaller coin shows while cultivating a strong network of dealer contacts, many of whom I still work closely with (and consider friends) today. Over the past seventeen years, including ten years now employed by Bowers and Merena and subsequently Stacks Bowers as their Executive Director of Consignments, I have focused my efforts working extensively with collectors, dealers, and heirs to estates in shepherding their numismatic consignments through the appropriate auctions with the goal of providing maximum exposure for their holdings while also obtaining as much money as possible for our clients. I have personally handled over $100 million in consignments over the years with one of the major highlights of my career consisting of playing an instrumental role, while at Stacks Bowers, in bringing the spectacular $10 million Battle Born Collection of Carson City Mint Coinage to market during the August 7th-10th 2012 ANA Show.

**Personal:** I was raised in Northridge (in Southern California) with two younger siblings, my brother, Dan, and sister, Sheryl. Our mother, Frankie, was a career Registered Nurse while our father, Ed, taught Elementary School for the L.A City School District for over 34 years. My fascination for coin collecting began at age 8 with my maternal grandfather giving me a small box of obsolete coins that he and my grandmother acquired over the years in their Des Moines, IA theater. With my dad's passion for history and the westward movement and the fact that we had the same school schedules, including vacation time, whenever we had a few days off, or more, in succession, we found ourselves traveling as close to home as the local deserts, mountains, and beaches to trips throughout the U.S, Canada, and Mexico (including driving up to Alaska on the Al-Can highway back in the summer of 1972). The fact that we consistently visited virtually every museum, National and State Park, Monuments, and Landmarks along the way fostered my love of history and it's correlation to the study of numismatics. I have been married to Beatriz for 25 years now and have two daughters, Amanda, 24, a recent UCLA grad, as well as Avery, 14, who is a freshman in High School and is working hard to make the Varsity Basketball team. The entire family are dedicated Clippers fans. Our favorite vacation destination is exploring the Hawaiian

## LOCATE AN EXPERT NEAR YOU

What is your zip code?

90210

**SUBMIT**



**Free Coin Appraisal**
coins.com

Contact us with an image of your coin or collection, and we will tell you the value!

My Collection



# [COINS]
A COMPLETE VALUE GUIDE

HOW TO SELL YOUR COIN FOR TOP DOLLAR

HOW TO AUCTION YOUR COIN FOR TOP DOLLAR

HOW TO HAVE YOUR COIN GRADED

SIGN IN / SIGN UP
ABOUT COINAPPRAISER.COM

| HOME | ABOUT | GLOSSARY | LEARNING CENTER | BLOG | FREEBIES | EXPERTS | CONTACT | Search and hit Enter | SEARCH |

YES!!! WE BUY COINS    EMAIL US: INFO@COINAPPRAISER.COM    CALL US AT 917-692-3830 OR TEXT US AT 929-265-7332

Can't Email or Call Right Now? Fill Out a Contact Form and We'll Contact You Later

Home » Knowledge Center

## Knowledge Center

### Rare Coin Learning Center – Learn About Your Collection!

Our goal at coins.com is to educate you on the history and the value of your coin collection. We are built to help historians with their research, as well as help new collectors price their coins. We have created the Rare Coin Learning Center so that you can get more information about coins that you may be interested in. Please feel free to explore all of the articles and submit any interests that you may have for new articles. As always, any value related questions can be emailed directly to **Info@Coinappraiser.com** or you can directly contact one of our **coin experts**.

Most of the coins and stories that are featured on this page come from our Coinappraiser.com expert, **Dave Bowers**. Mr. Bowers has been in the numismatic field for longer than some of us can remember. Over that time, he has developed a sense and understanding of the rare coin market. And what a stroke of luck, his writings are here for you to read and explore. So, take some time to learn from the master, and soak up the knowledge that he brings with him.

## We Are Buying, Contact Us

Name

Phone

Email

Message

Upload a JPEGs or PDFs

Drop files here or