**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>HAMPSTEAD GLOBAL, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-22721-rdd<br><br>Adv. Proc. No. 19-08282-rdd |
| HAMPSTEAD GLOBAL, LLC,<br>Plaintiff,<br><br>- against -<br><br>STACK'S-BOWERS NUMISMATICS,<br>LLC,<br>Defendant. | **STIPULATION DISMISSING**<br>**ADVERSARY PROCEEDING** |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties to this adversary proceeding, that this adversary proceeding is hereby dismissed, with prejudice and without costs, pursuant to Rule 41(a)(1)(A)(ii).

Dated: July 9, 2020
      White Plains, New York

LAW OFFICE OF CHARLES A. HIGGS

/s/ Charles Higgs
75 South Broadway, #429
White Plains, New York 10601
(917) 993-5233
charles@freshstartesq.com
*Counsel for Plaintiff Hampstead Global, LLC*

AMINI LLC

/s/ Jeffrey Chubak
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 497-8247
jchubak@aminillc.com
*Proposed Counsel for Plaintiff Hampstead Global, LLC*

TEITELBAUM LAW GROUP, LLC

30 Greenridge Avenue
White Plains, New York 10605
(914) 437-7670
jteitelbaum@tblawllp.com
*Counsel for Defendant Stack's-Bowers Numismatics, LLC*